NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon

KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1025
kevin.c.danielson@usdoj.gov

ABBY E. RILL, MD #1412180074
Special Assistant United States Attorney
Office of Program Litigation, Office 3
Social Security Administration
Office of the General Counsel
6401 Security Blvd.
Baltimore, MD 21235
Telephone: 410-965-4978
Abby.Rill@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PAUL E. KING,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 6:23-cv-00450<br><br><br><br>ORDER OF REMAND |

  Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to:

Page 1  DEFENDANT'S ORDER OF REMAND - 6:24-cv-00450

- Offer Plaintiff the opportunity for a hearing;

- Take any further action needed to complete the administrative record; and

- Issue a new decision.

IT IS SO ORDERED this __25th__ day of __November__ 2024.

                         _s/Michael J. McShane_
                         UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

_s/ Abby E. Rill_
ABBY E. RILL
Special Assistant United States Attorney

Attorneys for Defendant